CHAMBER OF COMMERCE OF the UNITED STATES; California Chamber of Commerce; Employers Group; California Healthcare Association; California Manufacturers and Technology Assn.; California Association of Health Facilities; California Association of Home & Services for the Aging; Bettec Corporation; Marksherm Corporation; Zilaco Inc., Zilaco; Del Rio Healthcare, Inc.; Beverly Health & Rehabilitation Services, Inc. dba Beverly Manor Costa Mesa; Internext Group, Plaintiffs–Appellees,

California Labor Federation, AFL–CIO; American Federation of Labor and Congress of Industrial Organizations, Intervenors–Appellants,

v.

Bill LOCKYER, Attorney General, in his capacity as Attorney General of the State of California; Department of Health Services; Frank G. Vanacore, as the Chief of the Audit Review and Analysis Section of the California Department of Health Services; Diana M. Bonta, R.N., Dr., Ph.D, as the Director of the California Department of Health Services, Defendants.

Chamber of Commerce of the United States; California Chamber of Commerce; Employers Group; California Healthcare Association; California Manufacturers and Technology Assn.; California Association of Health Facilities; California Association of Home & Services for the Aging; Bettec Corporation; Marksherm Corporation; Zilaco Inc., Zilaco; Del Rio Healthcare, Inc.; Beverly Health & Rehabilitation Services, Inc. dba Beverly Manor Costa Mesa; Internext Group, Plaintiffs–Appellees,

and

California Labor Federation, AFL–CIO; American Federation of Labor and Congress of Industrial Organizations, Intervenors–Appellants,

v.

Bill Lockyer, Attorney General, in his capacity as Attorney General of the State of California; Department of Health Services; Frank G. Vanacore, as the Chief of the Audit Review and Analysis Section of the California Department of Health Services; Diana M. Bonta, R.N., Dr., Ph.D, as the Director of the California Department of Health Services, Defendants–Appellants.

Nos. 03–55166, 03–55169.

United States Court of Appeals, Ninth Circuit.

Sept. 15, 2008.

Before: ALEX KOZINSKI, Chief Judge, MARY M. SCHROEDER, STEPHEN REINHARDT, ROBERT R. BEEZER, ANDREW J. KLEINFELD, HAWKINS, SIDNEY R. THOMAS, BARRY G. SILVERMAN, M. MARGARET McKEOWN, KIM McLANE WARDLAW, RAYMOND C. FISHER, RICHARD A. PAEZ, JOHNNIE B. RAWLINSON, RICHARD R. CLIFTON and CONSUELO M. CALLAHAN, Circuit Judges.

### ORDER

This case was remanded to us from the United States Supreme Court. *See Chamber of Commerce of U.S. v. Brown,* —— U.S. ——, 128 S.Ct. 2408, 171 L.Ed.2d 264

(2008). In light of the Supreme Court's decision, we VACATE our opinion in *Chamber of Commerce of U.S. v. Lockyer*, 463 F.3d 1076 (9th Cir.2006), and RE-MAND to the district court for further proceedings consistent with the opinion of the Supreme Court.